IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVION MICHAEL THOMPSON,** | Case No. 2:24-cv-01979 AC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **PATRICK COVELLO, et al.,** | |
| Defendant. | |

The California Attorney General's Office filed a motion to change time to file a waiver of service in this case. The Court has read and considered their motion and the accompanying declaration of counsel and finds that good cause exists to grant this motion.

After full consideration, and good cause appearing, the motion is GRANTED. Defendant shall file its waiver of service on or before March 23, 2025.

**IT IS SO ORDERED.**

**Dated:** February 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER (2:24-cv-01979 AC)