IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEVION MICHAEL THOMPSON,<br><br>            Plaintiff,<br><br>     v.<br><br>PATRICK COVELLO, et al.,<br><br>            Defendants. | Case No. 2:24-cv-01979 AC P<br><br>[PROPOSED] ORDER |

Good cause being shown, the Court grants Defendant's Motion to Opt Out of the Early ADR Project. (ECF No. 21.) The Court will lift the stay and issue a discovery and scheduling order.

Dated: April 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE