UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVION MICHAEL THOMPSON,<br><br>            Plaintiff,<br><br>        v.<br><br>PATRICK CORVELLO, et al.,<br><br>            Defendants. | No.  2:24-cv-1979 DC AC P<br><br><br>ORDER |

By order filed April 8, 2025, the stay in this case was lifted. ECF No. 23. Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: April 9, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE