UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVION MICHAEL THOMPSON , | No.  2:24-cv-1979-DC-AC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| CORVELLO, et al., | |
| Defendants. | (ECF Nos. 27, 31) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2026, the magistrate judge filed findings and recommendations recommending this action be dismissed due to plaintiff's failure to prosecute.  ECF No. 31. Those findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 31.  To date, no objections have been filed and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 31) are ADOPTED;

1

2.  This action is dismissed without prejudice due to plaintiff's failure to prosecute;

3.  The motion for summary judgment (ECF No. 27) is DENIED as having been rendered moot by this order; and

4.  The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **March 19, 2026**

_____
Dena Coggins
United States District Judge

2